UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC HOFF,

     Plaintiff,

v.

NPAS SOLUTIONS, LLC,

     Defendant.

Case No. 2:26-cv-03440-SB-SSC

ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

Plaintiff filed his complaint against Defendant NPAS Solutions, LLC on March 31, 2026. On April 8, 2026, Plaintiff served Defendant. *See* Dkt. No. 10. After Defendant failed to timely respond, the Court issued an order to show cause why the case should not be dismissed for lack of prosecution, which, after the parties filed a belated stipulation extending the time to answer, the Court later discharged. Dkt. Nos. 11, 14. The Court cautioned the parties that "it was improper to file a joint stipulation after the relevant deadline had already passed, and the Court expects the parties to adhere to all future deadlines in this matter." Dkt. No. 14 at 1. The parties then filed a further stipulation extending Defendant's answer deadline to May 29, 2026. Dkt. No. 15. That deadline has passed, Defendant still has not answered, and Plaintiff has not sought entry of default against Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than June 4, 2026, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before June 4, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the

1

dismissal without prejudice of Plaintiff's claims.  If Defendant, which is now in default, intends to defend this case, it shall file its overdue answer no later than June 3, 2026, and this OSC will be automatically discharged.


Date: June 1, 2026                                    _____

                                                              Stanley Blumenfeld, Jr.
                                                          United States District Judge