JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC HOFF,

     Plaintiff,

v.

NPAS SOLUTIONS, LLC,

     Defendant.

Case No. 2:26-cv-03440-SB-SSC

FINAL JUDGMENT

For the reasons stated in the separate order granting Defendant's unopposed motion to dismiss filed this date, it is ordered and adjudged that Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction.

This is a final judgment.

Date: July 13, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1