JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC HOFF,

Plaintiff,

v.

NPAS SOLUTIONS, LLC.,

Defendant.

Case No. 2:26-cv-03440-SB-SSC

ORDER OF DISMISSAL

The parties filed a notice of settlement on July 22, 2026. This action is therefore dismissed in its entirety without prejudice. The Court has reviewed the declarations of Plaintiff's counsel Ely Grinvald in response to the Court's order to show cause (OSC) re sanctions. Dkt. Nos. 41, 43. The Court discharges the OSC and vacates the July 31 OSC hearing with the following admonishment: As recited in the OSC (Dkt. No. 38 at 2–3), Grinvald has repeatedly violated the Court's orders (including by failing to file a declaration that fully complied with the OSC itself, requiring a further order). The Court concludes that these violations were not willful but reflect an unacceptable degree of carelessness. The Court expects better from Grinvald in the future. In the event that this Court issues an OSC in any future case involving Grinvald, he is ordered to disclose this admonishment in his response.

For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 45 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for*

*purposes of completing the settlement, counsel for both parties shall submit* ***at least seven days before the deadline*** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: July 22, 2026

Stanley Blumenfeld, Jr.
United States District Judge