JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ERIC HOFF,

Plaintiff,

v.

NPAS SOLUTIONS, LLC,

Defendant.

Case No. 2:26-cv-03440-SB-SSC

**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANT NPAS SOLUTIONS, LLC**

Pursuant to the parties' stipulation at Dkt. No. 46, the above-entitled matter and all claims herein are hereby dismissed with prejudice against NPAS Solutions, LLC.

**IT IS ORDERED.**

Dated: August 4, 2026

Stanley Blumenfeld, Jr.
United States District Judge